UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BERNARD FRIEL, individually and as Succession representative of his late wife, DENISE FRIEL; CONNELL FRIEL; BRIAN FRIEL and SIOBHAN FRIEL, Plaintiffs | * * * * * * | CIVIL ACTION NO. 10-00180 JUDGE MARTIN L.C. FELDMAN MAG. JUDGE JOSEPH C. WILKINSON, JR. |
| VERSUS | * * | |
| CEPHALON, INC.; BARR PHARMACEUTICALS, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD. Defendants | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF RULE 41 VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Bernard Friel, individually and as succession representative of his late wife, Denise Friel; Connell Friel; Brian Friel and Siobhan Friel, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) give notice of dismissal of this civil action, without prejudice, upon suggesting that no answer or motion for summary judgment by the opposing party has been served.

Respectfully Submitted,

SILVESTRI AND MASSICOT

/s/ Frank A. Silvestri
John Paul Massicot, LSBA #9033, TA
Frank A. Silvestri, LSBA #12075

M. Damien Savoie, LSBA #19144
Anthony L. Marinaro, LSBA #9271
3914 Canal Street
New Orleans, LA 70119
Telephone: 504.482.3400
Facsimile: 504.488.6082

Law Office of Peter D. Derbes
LSBA #4888
3914 Canal Street
New Orleans, LA 70119

Attorneys for Plaintiffs